IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

TONY LAMAR LINDSEY, )
    ID # 18016936, )
       Plaintiff, )
vs. ) No. 3:18-CV-1588-M-BH
)
DALLAS COUNTY JAIL SHERIFF'S )
DEPT., et al., )
       Defendant. ) Referred to U.S. Magistrate Judge

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The plaintiff's proposed "*Order to Show Cause for Preliminary Injunction and Temporary Restraining Order*," received June 28, 2018 (doc. 10), liberally construed as a motion for a temporary restraining order, is **DENIED**.

**SIGNED** this 1st day of August, 2018.

_____
BARBARA M. G. LYNN
CHIEF JUDGE