IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TONY LAMAR LINDSEY, ID # 18016936, Plaintiff, vs. DALLAS COUNTY JAIL SHERIFF'S DEPT., et al., Defendants. | ) ) ) ) ) ) ) ) ) ) | No. 3:18-CV-1588-M Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation, all claims against all defendants, except for the claims against Officer Ross in his individual capacity for excessive force, are dismissed.

**SIGNED this 22nd day of January, 2018.**

BARBARA M. G. LYNN
CHIEF JUDGE